# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| LINDA MEIKLE, et al, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Case No. 3:10-cv-0219 |
| v. | ) Judge Trauger |
| | ) |
| AMERICAN HOME PRODUCTS, et al, | ) |
| | ) |
| Defendants. | ) |

## O R D E R

Pursuant to the order of the Judicial Panel on Multidistrict Litigation, Docket No. 1507, this case is hereby transferred to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings.

The Clerk of Court is directed to close the case on the records of this Court and transmit the record to the United States District Court for the Eastern District of Arkansas.

It is so **ORDERED.**

_____
Aleta A. Trauger
United States District Judge